```
Law Offices of
DONALD P. DORFMAN, Bar #031935
Attorney at Law
3000 T Street, Suite 110
Sacramento, California  95814
Telephone (916) 451-8834

Attorney for Defendant
Judy Rocca Grafton (Teoli)
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
UNITED STATES OF AMERICA,    )
                             )   NO. Cr.S 04-0254-01 GEB
            Plaintiff,       )
                             )
       v.                    )   MOTION TO TERMINATE PROBATION
                             )
JUDY ROCCA GRAFTON,          )
   a.k.a. Judy Rocca Teoli,  )
                             )
            Defendant.       )
_____ )
```

The defendant, through her attorney, DONALD P. DORFMAN, Attorney at law, respectfully moves this court for an order pursuant to 18 U.S.C. § 3564(C) terminating the term of her probation. As grounds in support of this motion, the defendant states the following.

Ms. Teoli was charged under 18 U.S.C. § § 4 Misprision of a Felony. On 9 July, 2004, she entered a plea of guilty to that charge. On 24 September, 2004 she was placed on probation for 5 years and paid a $100 penalty assessment. Further, she agreed to surrender her commission as a Notary Public and waived her right to appeal.

//

//

Her conduct in the offense was that she notarized loan agreements presented to her for individuals she knew were not the persons named in the loan agreements.

Since the date of her sentencing, she complied with and completed all conditions prescribed in her order of probation.  As part of their membership in her church, Judy and her husband have been called upon to go on missions which would take them out of State and even out of the country.  While on probation, she would be prohibited from accompanying her husband on those trips.  Further, she has been asked to assist the mission team who service Juvenile Hall and recovery homes.  Judy has been denied access due to this fact of her probations statues.  Her probation officers have no problem with an early termination from probation.  Although the officers would not initiate a letter to the court to this effect, each has indicated that they would respond favorably to the court if an inquiry were directed to them.

While Mrs. Teoli is being supervised by officers in San Bernadino, I have been asked U.S. Probation Officer Teresa Hoffman of the Eastern District Office to initiate this request for early terminations of Mrs. Teoli's probation.

§ 3564(C)of 18 U.S.C. states that in the case of felony, probation may be terminated at any time after the expiration of one year if the court is satisfied that such action is warranted by the conduct of the defendant and in the interest of Justice.

I have contacted AUSA Michelle Rodriguez who indicates that she has no objections to the early termination and the discharge of Mrs. Teoli.

Supervision is no longer necessary and the resources of the Probation Office need not be spent on this case.

**CONCLUSION**

For the above reasons, the defendant respectfully requests that her probation be terminated.

Respectfully submitted,

DONALD P. DORFMAN
Attorney for Defendant
JUDY ROCCA GRAFTON (TEOLI)

IT IS SO ORDERED.

DATED: _____March 12_____, 2007

UNITED STATES DISTRICT JUDGE

3